JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN C. BRANCH,<br><br>   Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>   Defendant. | Case No. CV 13-1684-DDP (SP)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Final Report and Recommendation of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the Amended Motion to Dismiss is granted and the Complaint and this action are dismissed without prejudice.

Dated: July 17, 2014

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE